1  BUCHALTER NEMER
   A Professional Corporation
2  WILLIAM M. MILLER (SBN: 216289)
   1000 Wilshire Boulevard, Suite 1500
3  Los Angeles, CA 90017-2457
   Telephone: (213) 891-0700
4  Facsimile: (213) 896-0400

5  Attorneys for Defendants

6  OFFICE MAX NORTH AMERICA and
   BARBARA GROSS
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | LARY FEEZOR,                      | Case No. 2:10-CV-00885-GED-KJM |
12 |        Plaintiff,                 | **STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
13 |        vs.                        | |
14 | OFFICEMAX NORTH AMERICA, INC.; BARBARA GROSS | |
15 |        Defendants.                | |

17                          **STIPULATION**

18     WHEREAS Defendants OfficeMax North America, Inc. and Barbara Gross

19 ("Defendants") were served with a copy of the summons and complaint on April

20 29, 2010 and must respond to the Complaint by May 20, 2010; and

21     WHEREAS, Defendants are in the process of investigating the claims against

22 them; and

23     WHEREAS Defendant and Plaintiff Larry Feezor ("Plaintiff") have been

24 actively discussing a resolution of this action without the need for further litigation;

25 and

26     WHEREAS there have been no prior requests for extensions made by either

27 party;

28

1  IT IS HEREBY STIPULATED by and between Defendant and Plaintiff that, pursuant to Local Rule 144(a), Defendant may have twenty-eight days up to and including June 16, 2010 within which to answer or otherwise respond to Plaintiff's initial Complaint in this action.

IT IS SO STIPULATED.

DATED: May 19, 2010            BUCHALTER NEMER
                               A Professional Corporation


                               By:         /s/
                                   WILLIAM M. MILLER
                                   Attorneys for Defendants
                                   OFFICE MAX NORTH AMERICA,
                                   INC. and BARBARA GROSS.


DATED:  May 19, 2010           DISABLED ADVOCACY GROUP, APLC


                               By:         /s/
                                   LYNN HUBBARD, III
                                   Attorneys for Plaintiff
                                   LARRY FEEZOR


It is so ordered.

Dated: 5/24/10

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge